MHN

# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Yaodi Hu
(Please print)

STREET ADDRESS: 219 W. Cermak

CITY/STATE/ZIP: Chicago IL 60616

PHONE NUMBER: 773 216 3173

CASE NUMBER: 08CV2007 — JUDGE ST. EVE
MAG. JUDGE ASHMAN

Signature

Yaodi Hu

FILED
APR 0 9 2008 TC
4-9-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

E-filer.    E-mail Address is

yaodi_hu @ sbcglobal.net