UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

YAODI HU                    )
                            )   08 CV 2007
                            )
        v.                  )   Judge Amy Eve
                            )
City of Chicago

**FILED**
**MAY 20, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## Plaintiff Hu's Motion to Enlarge Time under Rule 6

1. Hu was unable file Motion for Reconsideration within 30 days.

2. This Court entered its decision on April 18, 2008 dismissing Hu's complaint.

3. Hu is an e-filer.  On the other hand, this case of 08 CV 2007 was not available for Hu to file on line.  Hu contacted the Clerk and the issue is still unresolved.

4. Hu would like to amend his complaint under Rule 15 or file Motion for Reconsideration under Rule 60.  May 18, 2008 is Sunday.  Today is Monday, May 19, 2008.  Therefore when Hu is asking for the enlargement of time to file his Motion for reconsideration, it is within 30 days.

5. Under FRCP 15 (a), plaintiff may amend his complaint once as a matter of course at any time before a responsive pleading is served.  see **<u>Rogers v. Girard Trust Co</u>**. 159 F.2d 239, (6 Cir. 1947).

6. Hu respectfully request additional 30 days to file his Motion for reconsideration or amend his complaint under Rule 15.

7. Once this case is available for e-filing, Hu will file his Notice of Motion.

Respectfully submitted,

Yaodi  Hu     219 w. Cermak Chicago IL 60616     (312) 808 8899

(773) 216 3173                          signature:   yaodi hu
e-mail:   yaodi_hu@sbcglobal.net

```
Signature    Yaodi Hu
```

1