**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Yaodi Hu

                        Plaintiff,

v.                                            Case No.: 1:08−cv−02007
                                           Honorable Amy J. St. Eve

Timothy C Evans, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 27, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:The Court grants Plaintiff's motion for an extension of time to file his Amended Complaint [7], which is due on or before June 27, 2008.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.