## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of     Case Number: 08 C 2007

Yaodi Hu,
vs.
Honorable Timothy C. Evans, Chief Judge of Circuit Court of Cook County, Illinois, Honorable Pamela Hill Veal, Judge, Honorable Sheryl Pethers, Judge, Walinski and Trunkett, PC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print) <br> Daniel B. Meyer |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Daniel B. Meyer |
| FIRM <br> O'Hagan Spencer, LLC |
| STREET ADDRESS <br> One East Wacker Drive, Suite 3400 |
| CITY/STATE/ZIP <br> Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> ARDC# 6237685 | TELEPHONE NUMBER <br> 312-422-6100 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |