File No. 21096-DBM

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| YAODI HU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  08 C 2007 |
| | ) | |
| Honorable Timothy C. Evans, Chief Judge of | ) | Judge Amy St. Eve |
| Circuit Court of Cook County, Illinois, | ) | |
| Honorable Pamela Hill Veal, Judge, Honorable | ) | Magistrate Judge Ashman |
| Sheryl Pethers, Judge, All in their official Capacity, | ) | |
| Walinski and Trunkett, PC, Brian Lewis, John | ) | |
| Busher, Robert Walinski, Park National Bank, | ) | |
| Allen Meyer, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

I hereby certify that on the 1st day of July, 2008 the ***Appearance of Daniel B. Meyer*** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Yaodi Hu
219 W. Cermak
Chicago, Illinois 60616
(773) 216-3173
Yaodi-hu@sbcglobal.net


Respectfully submitted,

Defendant, Allen Meyer

By: s/ Daniel B. Meyer
      His attorney

Daniel B. Meyer          ARDC #6237685
O'HAGAN SPENCER, LLC
One East. Wacker Drive - Suite 3400
Chicago, IL  60601
PH:    312.422.6100
FAX:  312.422.6110
dmeyer@ohaganspencer.com

STATE OF ILLINOIS     )
                      ) SS
COUNTY OF COOK        )

## AFFIDAVIT OF SERVICE

    I, __Enedina Almendarez__, after being first duly sworn on oath, depose and state that I served this Certificate of Service, together with the appearance, to the above-named party as indicated above prior to 5:00 p.m. on __July 1, 2008.__.

                                      __s/ Enedina Almendarez__