

UNITED STATES DISTRICT COURT NORTHERN
DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| YAODI HU ) | |
| ) | |
| Plaintiffs ) | |
| vs ) | |
| ) | case No. 08 CV 2007 |
| Honorable Timothy C. Evans Chief Judge ) | |
| Of Circuit Court of Cook County Illinois ) | Honorable Amy Eve |
| Honorable Pamela Hill Veal, Judge ) | |
| Honorable Sheryl Pethers, Judge ) | jury demand |
| All in their Official capacity ) | |
| ) | |
| Walinski & Trunkett, PC. ) | |
| Brian Lewis, John Buscher, ) | |
| Robert Walinski, Park National Bank ) | |
| Allen Meyer, ) | |

FILED
Jul 3, 2008
JUL - 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## Notice of Filing and Certificate of Service

Notice is hereby given to all parties that plaintiff Yaodi Hu filed his First Amended Complaint per Court Order on June 27, 2008.

Plaintiff Yaodi Hu certify that he e-mailed his First Amended Complaint to the counsels for Park National Bank including corporate counsel:

efitzpatrick@fbopcorp.com, matthew.klepper@dlapiper.com, Linda.wright@dlapiper.com, stinsonmarti@wildman.com, ecf-filings@wildman.com, khenderson@wildman.com.

Plaintiff Yaodi Hu certifies that his office faxed the First Amended Complaint to the office of Allen Meyer, Walinski & Trunkett, PC where Robert Walinski, John Buscher and Brian Lewis work.

Plaintiff Yaodi Hu personally dropped off his First Amended Complaint to Honorable Tim Evan's office at the 26th Floor of Daley Center, Chicago Illinois on July 3, 2008.

Respectfully Submitted,  Yaodi Hu  219 W. Cermak Chicago IL 60616

1