AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

Yaodi Hu

Plaintiff

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **08C 2007**

Honorable Chief Judge Tim Evans

ASSIGNED JUDGE: **JUDGE AMY ST. EVE**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE ASHMAN**

TO: (Name and address of Defendant)

John Buscher
25 E Washington
Chicago IL 60602

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Yaodi Hu
219 W. Cermak
Chicago IL 60616

an answer to the complaint which is herewith served upon you within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

TERESA CERVANTES

(By) DEPUTY CLERK

APR 0 9 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 4-16-08 |
| NAME OF SERVER (PRINT) Yessenia Martinez | TITLE Secretary |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 25 E Washington 60602

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

FILED
JUL - 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4-16-08             Yessenia Martinez
                Date              Signature of Server

                                  219 W Cermak Rd
                                  Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.