UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| YAODI HU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 2007 |
| | ) | |
| HONORABLE TIMOTHY C. EVANS, Chief Judge | ) | Judge Amy St. Eve |
| Of Circuit Court of Cook County, Illinois, | ) | |
| HONORABLE PAMELA HILL VEAL, Judge, | ) | Magistrate Judge |
| HONORABLE SHERYL PETHERS, Judge, | ) | |
| All in Their Official Capacity, WALINSKI & | ) | |
| TRUNKETT, PC, BRIAN LEWIS, JOHN | ) | |
| BUSCHER, ROBERT WALINSKI, PARK | ) | |
| NATIONAL BANK, ALLEN MEYER, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:  Yaodi Hu
   219 W. Cermak
   Chicago, Illinois 60616
   (773) 216-3173
   Yaodi-hu@sbcglobal.net

   PLEASE TAKE NOTICE that on the 6th day of August 2008 at 8:30 a.m, or as soon thereafter as counsel may be heard, we shall appear before Honorable Amy St. Eve in Room 1241 of the U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present Defendant Allen Meyer's Motion To Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), a copy of which is attached and hereby served upon you.

                    Respectfully submitted,

                    Defendant, Allen Meyer.

                    By:  s/ Daniel B. Meyer
                         One of his attorneys

Daniel B. Meyer       ARDC #6237685
O'HAGAN SPENCER, LLC
One East. Wacker Drive - Suite 3400
Chicago, IL  60601
PH:   312.422.6100
FAX:  312.422.6110
dmeyer@ohaganspencer.com

STATE OF ILLINOIS   )
                    ) SS
COUNTY OF COOK      )

## AFFIDAVIT OF SERVICE

    I,  Enedina Almendarez , after being first duly sworn on oath, depose and state that I served this Certificate of Service, together with the Motion, to the above-named party as indicated above prior to 5:00 p.m. on  July 29, 2008..

                                           s/ Enedina Almendarez