UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YAODI HU, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08 C 2007 |
| | ) Judge Amy J. St. Eve |
| HONORABLE TIMOTHY C. EVANS, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

To:  Yaodi Hu                           Daniel B. Meyer
     219 W. Cermak                      O'Hagan Spencer LLC
     Chicago, IL 60616                  One East Wacker Drive, Suite 3400
     *Plaintiff*                        Chicago, IL 60601
                                        *Counsel for Defendant Allen Meyer*

PLEASE TAKE NOTICE that on Tuesday, August 12, 2008, at 8:30 a.m., I shall appear before the Honorable Amy J. St. Eve in Room 1241 of the United States District Court for the Northern District of Illinois, Eastern Division at 219 S. Dearborn Street, Chicago, Illinois 60604 in order to present the attached **Defendants' Motion to Dismiss**.

LISA MADIGAN                            /s/Rachel Fleischmann
Attorney General of Illinois            RACHEL FLEISCHMANN
                                        Assistant Attorney General
                                        Office of the Illinois Attorney General
                                        100 West Randolph Street, 13th floor
                                        Chicago, Illinois 60601
                                        312-814-6122 phone

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that she caused a true and correct copy of the foregoing **Defendants' Motion to Dismiss** to be served upon the above on July 30, 2008, pursuant to the Northern District of Illinois General Order on Electronic Case Filing and by regular mail.

                                        /s/Rachel Fleischmann
                                        Assistant Attorney General