UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| YAODI HU ) | |
| ) | |
| Plaintiffs ) | |
| vs ) | |
| ) | case No. 08 CV 2007 |
| Honorable Timothy C. Evans Chief Judge ) | |
| Of Circuit Court of Cook County Illinois ) | Honorable Amy Eve |
| Honorable Pamela Hill Veal, Judge ) | |
| Honorable Sheryl Pethers, Judge ) | jury demand |
| All in their Official capacity ) | |
| ) | |
| Walinski & Trunkett, PC. ) | |
| Brian Lewis, John Buscher, ) | |
| Robert Walinski, Park National Bank ) | |
| Allen Meyer, ) | |

# Notice of Compliance of the State of Illinois Supreme Court Rule 19

1. Illinois Supreme Court Rule 19 states the following:

2. **Rule 19. Notice of Claim of unconstitutionality or Preemption by Federal Law.**

   (a) *Notice Required.* In any cause or proceeding in which the constitutionality or preemption by federal law of a statute, ordinance, administrative regulation, or other law affecting the public interest is raised, and to which action or proceeding the State or political subdivision, agency, or officer affected is not already a party, the litigant raising the constitutional or preemption issue shall serve an appropriate notice thereof on the Attorney General, State's Attorney, municipal counsel or agency attorney, as the case may be.

3. Plaintiff Hu complied with Rule 19 by e-mailing his First Amended Complaint to the

Office of Attorney General of State of Illinois on July 28, 2008.

4. Plaintiff further plan to personally serve the First Amended Complaint upon the Attorney General's Office at Thompson Center on July 31, 2008, or August 1, 2008.

5. This is the Notice to all parties regarding plaintiff Hu's effort comply with Rule 19 of Supreme Court of State of Illinois.

    Respectfully Submitted       Signature:   yaodi hu

    Yaodi Hu    219 W. Cermak Chicago IL 60616