# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Yaodi Hu

                                  Plaintiff,

v.                                                   Case No.: 1:08−cv−02007
                                                       Honorable Amy J. St. Eve

Timothy C Evans, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 6, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve: Motion hearing held on 8/6/08. Defendants' motions to dismiss [20] [24] are entered. Plaintiff's response to defendants' motions to be filed by 8/20/08. Defendants' replies to be filed by 8/27/08. No appearance is required on the 8/12/08 notice date. Status hearing set for 8/21/08 is stricken and reset to 10/8/08 at 8:30 a.m. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.