UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YAODI HU, ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.   08 C 2007 |
| ) | Judge Amy J. St. Eve |
| HONORABLE TIMOTHY C. EVANS, et al., ) | |
| ) | |
|     **Defendants.** ) | |

### DEFENDANTS EVANS, VEAL AND PETHERS'S
### MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendants, Judge Timothy C. Evans, Judge Pamela Hill Veal and Judge Sheryl Pethers, by and through their attorney, Lisa Madigan, Illinois Attorney General, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and in reply to the Plaintiff's response to their Motion to Dismiss Plaintiff's First Amended Complaint, state as follows:

1. In his response, Plaintiff admits that the First Amended Complaint is "essentially the same compared with the original complaint, regarding majority counts of claim." (Response, ¶ 15.) Therefore, for all of the reasons stated in the Court's Order of April 18, 2008, which dismissed Plaintiff's Complaint, Plaintiff's First Amended Complaint should be dismissed as well.

2. Plaintiff acknowledges that he cannot seek damages against the Defendant Judges, but relies on *Pulliam v. Allen*, 466 U.S. 522 (1984) for the assertion that he can use this lawsuit, pursuant to 28 U.S.C. § 1983, to seek "prospective injunctive relief" against the Judges. This assertion is incorrect. In 1996, Congress amended 42 U.S.C. § 1983 to state that "in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or

declaratory relief was unavailable." *See Bolin v. Story*, 225 F.3d 1234, 1242 (11th Cir. 2000) (per curiam); *Haas v. Wisconsin*, 109 Fed.Appx.107, 114 (7th Cir. 2004).

WHEREFORE, Defendants Judge Timothy C. Evans, Judge Pamela Hill Veal and Judge Sheryl Pethers pray that this Honorable Court dismiss the First Amended Complaint with prejudice.

        Respectfully Submitted,
        LISA MADIGAN
        Attorney General of Illinois

        /s/ *Rachel Fleischmann*
        RACHEL FLEISCHMANN
        Assistant Attorney General
        Office of the Illinois Attorney General
        100 West Randolph Street, 13th Floor
        Chicago, Illinois 60601
        (312) 814 - 6122 phone
        (312) 814 - 4425 fax