UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YAODI HU, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.   08 C 2007 |
| | ) Judge Amy J. St. Eve |
| HONORABLE TIMOTHY C. EVANS, et al., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF FILING

To:  Yaodi Hu                                Daniel B. Meyer
     219 W. Cermak                           O'Hagan Spencer LLC
     Chicago, IL 60616                       One East Wacker Drive, Suite 3400
     *Plaintiff*                             Chicago, IL 60601
                                             *Counsel for Defendant Allen Meyer*

PLEASE TAKE NOTICE that on August 12, 2008, the attached **Defendants' Reply to Plaintiff's Response to Motion to Dismiss** was e-filed with the Clerk of the District Court Northern District of Illinois.

LISA MADIGAN                              /s/Rachel Fleischmann
Attorney General of Illinois              RACHEL FLEISCHMANN
                                          Assistant Attorney General
                                          Office of the Illinois Attorney General
                                          100 West Randolph Street, 13th floor
                                          Chicago, Illinois 60601
                                          (312)814-6122

### CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the foregoing **Defendants' Reply to Plaintiff's Response to Motion to Dismiss** was served upon the above named parties via e-mail and regular mail deposited in the U.S. postal service at 100 W. Randolph, Chicago, IL 60601, before 5:00 pm on August 12, 2008.

                                          /s/Rachel Fleischmann
                                          Assistant Attorney General