IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| YAODI HU,<br>　　　　Plaintiff,<br>vs.<br><br>HONORABLE TIMOTHY EVANS, Chief Judge of Circuit Court of Cook County, Illinois, HONORABLE PAMELA HILL VEAL, Judge, HONORABLE SHERYL PETHERS, Judge, All in Their Official Capacity,<br><br>WALINSKI & TRUNKETT, P.C., BRIAN LEWIS, JOHN BUSCHER, ROBERT WALINSKI, PARK NATIONAL BANK, ALLEN MEYER,<br>　　　　Defendants. | No. 08 C 2007<br><br>The Honorable<br>Judge Amy St. Eve<br><br>Magistrate Judge Ashman |

## DEFENDANT PARK NATIONAL BANK'S MOTION TO DISMISS

DEFENDANT, PARK NATIONAL BANK, through its attorneys, Wildman, Harrold, Allen & Dixon LLP, moves this Court pursuant to Federal Rules of Civil Procedure 12(b)(6) to dismiss Plaintiff's Amended Complaint in its entirety. The reasons for such relief are set out more fully in Defendant Park National Bank's Memorandum in Support of Its Motion to Dismiss.

WHEREFORE, for the reasons set forth in Defendant Park National Bank's Memorandum in Support of Its Motion to Dismiss, Park National Bank respectfully requests that the Court enter an Order dismissing the Plaintiff's Amended Complaint in its entirety.

> Respectfully Submitted,
>
> **PARK NATIONAL BANK**
>
> __/s/ Angela Stinson-Marti__
> One of the Attorneys for Defendant, Park National Bank

Angela Stinson-Marti
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Suite 2800
Chicago, Illinois 60606
Phone: 312-201-2637

## CERTIFICATE OF SERVICE

    I, Angela Stinson-Marti, an attorney, hereby certify that on August 25, 2008, I had a true copy of the preceding document filed with the Court and served upon counsel of record via the court's electronic filing system.

                                                           /s/ Angela Stinson-Marti
                                                            Angela Stinson-Marti