## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| YAODI HU, | ) |
|     Plaintiff, | ) No. 08 C 2007 |
| vs. | ) |
| | ) The Honorable |
| HONORABLE TIMOTHY EVANS, Chief Judge | ) Judge Amy St. Eve |
| of Circuit Court of Cook County, Illinois, | ) |
| HONORABLE PAMELA HILL VEAL, Judge, | ) Magistrate Judge Ashman |
| HONORABLE SHERYL PETHERS, Judge, All in | ) |
| Their Official Capacity, | ) |
| | ) |
| WALINSKI & TRUNKETT, P.C., BRIAN | ) |
| LEWIS, JOHN BUSCHER, ROBERT | ) |
| WALINSKI, PARK NATIONAL BANK, ALLEN | ) |
| MEYER, | ) |
|     Defendants. | ) |

## **NOTICE OF MOTION**

TO:   All Attorneys of Record

    PLEASE TAKE NOTICE that on the 2nd day of September, 2008, at the hour of 8:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Amy St. Eve in the courtroom usually occupied by her (Room 1241) at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present DEFENDANT PARK NATIONAL BANK'S MOTION TO DISMISS, a copy of which is attached hereto and hereby served upon you, along with the accompanying Memorandum in Support.

DATED:   August 25, 2008        **PARK NATIONAL BANK**

                                  By   /s/ Angela Stinson-Marti
                                        One of Their Attorneys

Angela Stinson-Marti
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 2800
Chicago, IL 60606-1229
(312) 201-2000
(312) 201-2555 Fax

**CERTIFICATE OF SERVICE**

    The undersigned, an attorney, hereby certifies that on August 25, 2008, a copy of the foregoing NOTICE OF MOTION, was electronically filed with the Clerk of the Court of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF System, which will send notification of such filing to all counsel of record.

                                              /s/ Angela Stinson-Marti