File No. 21096-DBM

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| YAODI HU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  08 C 2007 |
| | ) | |
| Honorable Timothy C. Evans, Chief Judge of | ) | Judge Amy St. Eve |
| Circuit Court of Cook County, Illinois, | ) | |
| Honorable Pamela Hill Veal, Judge, Honorable | ) | Magistrate Judge Ashman |
| Sheryl Pethers, Judge, All in their official Capacity, | ) | |
| Walinski and Trunkett, PC, Brian Lewis, John | ) | |
| Busher, Robert Walinski, Park National Bank, | ) | |
| Allen Meyer, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

I hereby certify that on the 27 day of August, 2008 the *Allen Meyer's Reply in Support of His Rule 12(b)(6) Motion To Dismiss Plaintiff's Amended Complaint* was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Yaodi Hu
219 W. Cermak
Chicago, Illinois 60616
(773) 216-3173
Yaodi-hu@sbcglobal.net

                                             Respectfully submitted,

                                             Defendant, Allen Meyer

                                             By: s/ Daniel B. Meyer
                                                       His attorney

Daniel B. Meyer        ARDC #6237685
O'HAGAN SPENCER, LLC
One East. Wacker Drive - Suite 3400
Chicago, IL  60601
PH:    312.422.6100
FAX:  312.422.6110
dmeyer@ohaganspencer.com

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF COOK | ) |

### AFFIDAVIT OF SERVICE

I hereby certify that on August 27, 2008, a copy of the foregoing Notice of Filing and Allen Meyer's Reply In Support of His Rule 12(b)(6) Motion To Dismiss Plaintiff's Amended Complaint was filed electronically and served by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

          __s/ Daniel B. Meyer_____

Daniel B. Meyer    ARDC #6237685
O'HAGAN SPENCER, LLC
One East. Wacker Drive - Suite 3400
Chicago, IL  60601
PH:   312.422.6100
FAX:  312.422.6110
dmeyer@ohaganspencer.com

2