UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| YAODI HU ) | |
| ) | |
| Plaintiffs ) | |
| vs ) | |
| ) | case No.  08 CV 2007 |
| Honorable Timothy C. Evans Chief Judge ) | |
| Of Circuit Court of Cook County Illinois ) | Honorable Amy Eve |
| Honorable Pamela Hill Veal, Judge ) | |
| Honorable  Sheryl Pethers , Judge ) | jury demand |
| All in their  Official capacity ) | |
| ) | |
| Walinski & Trunkett, PC. ) | |
| Brian Lewis, John Buscher, ) | |
| Robert Walinski, Park National Bank ) | |
| Allen Meyer, ) | |

## Notice of  Non Appearance

Hu respectfully inform this Court that due to scheduling conflict,  Hu would be unable to attend the Court today, September 2, 2008.   Hu will respond to Park National Bank's motion to dismiss.

Respectfully Submitted,     Yaodi Hu       219 W. Cermak Chicago IL 60616

1