# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Yaodi Hu

                      Plaintiff,

v.                                       Case No.: 1:08−cv−02007

                                          Honorable Amy J. St. Eve

Timothy C Evans, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 2, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:Motion hearing held on 9/2/2008. Defendant Park National Bank's motion to dismiss [33] is entered. Plaintiff's response to be filed by 9/16/08. Defendant's reply to be filed by 9/23/08. Status hearing remains set for 10/8/08 at 8:30 a.m. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.